**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 9, 2023

**By ECF and Email**
The Honorable Nina Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Quadri Garnes
          22-CR-487 (NM)

Dear Judge Morrison:

  As discussed at the July 7th telephone conference regarding jury selection, I write to request the following modifications to the Court's proposed questions going to bias in the case. Defendant proposes eliminating question 10 and modifying questions 2 and 7 as follows, with changes to the Court's original versions in italics:

2.  I have already told you a little bit about the issues involved in this trial. In this case, the Defendant is charged with making threats *of death or injury* to government officials over the phone, and he denies that he is guilty of these charges. Based on that case description, is there any reason why you might have trouble listening to the evidence *with an open mind*, or serving as a fair and impartial juror, in this case?

7.  You will hear evidence that in the recorded phone call with the Department of Labor, the defendant made *various statements regarding the possible commission of violent acts. These included statements about shooting up the post office, killing five or six people, and shooting someone coming out of the Department of Labor office in downtown Brooklyn*. There will be no dispute that the defendant made those statements. Will this be the end of the case for you, or will you be able to keep an open mind and wait to hear all of the evidence and the legal instructions I will give you regarding the statutory elements of the charged offenses? Even after knowing that the defendant made those statements in the phone call, do you have any doubt that you can still be fair and impartial in this case?

I thank the Court for its consideration.

          Respectfully Submitted,

            /s/
          Kannan Sundaram
          Assistant Federal Defender
          (718) 330-1203


cc: Antoinette Rangel
  Assistant U.S. Attorney